UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MEGAN SNEAD ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CONSOLIDATED CITY OF ) | CASE NO. 1:23-cv-395-JRS-MJD |
| INDIANAPOLIS AND MARION ) | |
| COUNTY, KAYLEN TRUAX, ) | |
| AREC RW MS, LLC ) | |
| d/b/a U-HAUL MOVING AND ) | |
| STORAGE, and MATTHEW WINKLER, ) | |
| and U-HAUL CO. OF INDIANA, dba ) | |
| U-HAUL MOVING AND STORAGE, ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Plaintiff, Megan Snead, by counsel, and Defendants AREC RW MS, LLC and U-Haul Co. of Indiana, by counsel, notify the Court that a settlement has been reached between Plaintiff, Megan Snead, and Defendants AREC RW MS, LLC and U-Haul Co. of Indiana, and the parties hereby agree and stipulate to the dismissal with prejudice, pursuant to FED. R. CIV. P 41(a), of Defendants AREC RW MS, LLC and U-Haul Co. of Indiana <u>only</u>, with the Parties to bear their own respective fees, costs and expenses.

The cause shall remain pending as between Plaintiff Megan Snead and Defendants Consolidated City of Indianapolis and Marion County, Matthew Winkler and Kaylen Truax.

Respectfully submitted,

| | |
|---|---|
| */s/ Kyle L. Christie* | */s/ Brian L. England* |
| Kyle L. Christie, #31261-49 | Brian L. England, #16705-53 |
| Christie Farrell Lee & Bell | Hunt Suedhoff Kearney LLP |
| 951 N. Delaware St. | 155 E. Market St., Ste. 750 |
| Indianapolis, IN 46202 | Indianapolis, IN 46204 |
| Phone: (317) 488-5500 | Phone 317-784-4966 |
| Fax: (317) 488-5510 | Fax 317-784-5566 |
| Email: kyle@cflblaw.com | Email: bengland@hsk-law.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants AREC RW MS, LLC and U-Haul Co. of Indiana* |