UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MEGAN SNEAD, )<br>)<br>   Plaintiff, )<br>)<br>Vs. )<br>)<br>CONSOLIDATED CITY OF )<br>INDIANAPOLIS AND MARION )<br>COUNTY, et. al., )<br>)<br>   Defendants. ) | CASE NO. 1:23-cv-00395-JRS-MJD |

## ORDER OF DISMISSAL

Come now the Plaintiff, by counsel, and Defendants, by counsel and having heretofore filed their Joint Stipulation of Dismissal, and the Court, having examined said Stipulation and being duly advised in the premises, now finds said Stipulation is in order and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's claim against the Defendants is hereby dismissed, all costs having been paid.

Date: 9/5/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Kyle L. Christie
Kyle@cflblaw.com

John Lowrey
john.lowrey@indy.gov